

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00405-CV

**IN THE INTEREST OF J.J.V.M.M.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01147
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED December 7, 2022.

_____
Lori I. Valenzuela, Justice